**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )  **CASE NO: 2:07-cr-62-MEF** |
| | ) |
| **FREDERICAS JILES** | ) |

## NOTICE OF APPEARANCE

 **COMES NOW** the undersigned counsel, Christine A. Freeman, and enters her

appearance as counsel for **FREDERICAS JILES** in the above-styled matter.

 Dated this 24th day of May 2007.


      Respectfully submitted,


      <u>s/Christine A. Freeman</u>
      **CHRISTINE A. FREEMAN**
      **TN BAR NO.: 11892**
      Attorney for Defendant
      Federal Defenders
      Middle District of Alabama
      201 Monroe Street, Suite 407
      Montgomery, AL 36104
      TEL:  (334) 834-2099
      FAX: (334) 834-0353
      E-Mail: Christine_Freeman@fd.org

**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **)** | |
| | **)** | |
| **V.** | **)** | **CASE NO: 2:07-cr-62-MEF** |
| | **)** | |
| **FREDERICAS JILES** | **)** | |

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2007, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system which will send notification of such filing to the

following:

Kent B. Brunson, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Defendant
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org