**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | )    CASE NO: 2:07-cr-62-MEF |
| | ) |
| **FREDERICAS JILES** | ) |

**UNOPPOSED MOTION TO CONTINUE TRIAL**

**NOW COMES** the Defendant, by and through the undersigned counsel and pursuant to 18 U.S.C. § 3161 (h), and respectfully moves this Court to move this matter for trial from the July 9, 2007 trial docket. In support of this Motion, defendant would show the following:

1. Defense counsel was appointed to represent Mr. Jiles on May 25, 2007, at the time of his initial appearance and arraignment on this matter.

2. The instant Indictment, which charges Mr. Jiles with being a felon in possession of a firearm, arose out of a fight which occurred at a store in Montgomery on July 8, 2006. Mr. Jiles was arrested in part as a result of a photo line-up identification.

3. Additional investigation is needed to prepare a defense to this matter, including examination of some store video recordings which defense counsel has not yet obtained, interviews of witnesses to the events of July 8, 2006, and review of court records relating to Mr. Jiles' prior criminal record.

4. It is possible that motions to suppress will be filed, addressing the photo line-ups and other police investigative methods. If such motions are appropriate, they cannot be heard and resolved before the trial term of July 9, 2007.

5.     Mr. Jiles is presently serving a fifteen year sentence in the custody of the Alabama Department of Corrections, with a release date of 2011.

6.     Counsel for the prosecution does not oppose this motion.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Fredericas Jiles
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353
E-Mail: Christine_Freeman@fd.org

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Fredericas Jiles
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL:  (334) 834-2099
FAX:  (334) 834-0353