IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | 2:07CR62-MEF |
| | ) | |
| FREDERICAS JILES | ) | |

O R D E R

It is ORDERED that the motion to extend time for filing pretrial motions (document 12) is GRANTED. Defendant Jiles must file all pretrial motions on or before September 3, 2007. All responses to pretrial motions are due on or before September 10, 2007.

DONE, this 4th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE