**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **V.** | ) | **CASE NO: 2:07-cr-62-MEF** |
| | ) | |
| **FREDERICAS JILES** | ) | |

**MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL**

**NOW COMES** undersigned counsel and respectfully moves this Court to enter an order permitting counsel to withdraw and substituting CJA Panel attorney Joseph P. Van Heest as counsel for the Defendant.

In support of this Motion, counsel would show:

1. Defendant has requested that defense counsel withdraw and seek appointment of replacement counsel, based on defendant's dissatisfaction with defense counsel's scheduling of meetings and provision of information.

2. Defense counsel agrees that the attorney-client relationship has deteriorated and seeks permission to withdraw on that basis as well.

3. Mr. Jiles is presently serving a fifteen year sentence in the custody of the Alabama Department of Corrections, with a release date of 2011; this federal indictment is set for trial on the October 2007 trial docket.

4. Joseph P. Van Heest has agreed to accept appointment to this case, as a CJA Panel attorney, if this Court grants this motion.

**WHEREFORE**, defendant respectfully requests that this Motion be granted.

Respectfully submitted,

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Fredericas Jiles
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353
E-Mail: Christine_Freeman@fd.org

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following: Kent Brunson, Esq., Assistant United States Attorney, One Court Square, Montgomery, AL 36104.

**s/Christine A. Freeman**
**CHRISTINE A. FREEMAN**
**TN BAR NO.: 11892**
Attorney for Fredericas Jiles
Federal Defenders
Middle District of Alabama
201 Monroe Street, Suite 407
Montgomery, AL 36104
TEL: (334) 834-2099
FAX: (334) 834-0353