IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
    v                         )      CRIMINAL ACTION NO.
                              )      2:07CR62-MEF
FREDERICAS JILES              )
```

ORDER

Upon Counsel's Motion to Withdraw as Attorney (Doc. 19, filed 7/26/2007, it is

ORDERED that this motion is set for hearing on Friday, 8/3/2007 at 3:30 p.m., Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama.

The Clerk is directed to provide a court reporter for this proceeding. If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 1st Day of August, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE