IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
UNITED STATES OF AMERICA      )
                              )
    v                         )     CRIMINAL ACTION NO.
                              )     2:07CR62-MEF
FREDERICAS JILES              )
```

ORDER

Upon Counsel's Motion to Withdraw as Attorney (Doc. 19, filed 7/26/2007, it is

ORDERED that the hearing scheduled on August 3, 2007 at 3:30 p.m. is reset for hearing on August 6, 2007 at 2:00 p.m., before Magistrate Judge Wallace Capel, Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery Alabama.

If the defendant is in custody, the United States Marshal shall arrange for the defendant's appearance at this proceeding.

DONE this 3rd day of August, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE