IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr62-MEF |
| | ) | |
| FREDERICAS JILES | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Motion to Withdraw as Attorney filed July 26, 2007, (Doc. #19), is GRANTED. Attorney Christine Freeman is hereby withdrawn as representation for Defendant Fredericas Jiles. Attorney Joseph Van Heest is appointed to represent said Defendant in all future proceedings in this case.

DONE this 7th day of August, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE