IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-62-MEF |
| | ) | |
| FREDERICAS JILES | ) | |

## NOTICE OF APPEARANCE

**COMES NOW** the undersigned counsel, Joseph P. Van Heest, and enters his appearance on behalf of Defendant Fredericas Jiles, in the above-styled case. Undersigned counsel was appointed by the Court in this matter on August 7, 2007.

Dated this 7th day of August, 2007.

                                                    Respectfully submitted,

                                                    <u>s/Joseph P. Van Heest</u>
                                                    **JOSEPH P. VAN HEEST**
                                                    LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
                                                    Post Office Box 4026
                                                    402 South Decatur Street
                                                    Montgomery, AL 36103-4026
                                                    Phone: (334) 263-3551
                                                    Fax: (334) 263-3227
                                                    jpvanheestcourts@bellsouth.net
                                                    AL Bar Code: VAN026

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, Esq., Assistant U. S. Attorney, PO Box 197, Montgomery, Alabama  36101-0197.

    Respectfully submitted,


    s/Joseph P. Van Heest
    **JOSEPH P. VAN HEEST**
    LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
    Post Office Box 4026
    402 South Decatur Street
    Montgomery, AL 36103-4026
    Phone: (334) 263-3551
    Fax: (334) 263-3227
    jpvanheestcourts@bellsouth.net
    AL Bar Code: VAN026