IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-62-MEF |
| | ) | |
| FREDERICAS JILES | ) | |

**DEFENDANT'S MOTION SEEKING PRESENCE AT PRETRIAL CONFERENCE**

**COMES NOW** Defendant Fredericas Jiles, by and through undersigned counsel, Joseph P. Van Heest, and hereby requests that this Court order that the defendant be transported to the United States District Court for the Middle District of Alabama for his pretrial conference. In support of this motion, Mr. Jiles states the following:

Fredericas Jiles is in custody at the Montgomery City Jail awaiting trial in the above-styled matter.

The Order on Arraignment states that "Counsel who want in-custody defendants to attend must notify the Magistrate Judge within three days of the conference date so that an Order to produce can be issued to the United States Marhsal." *See Order on Arraignment*, May 25, 2007, (Dkt # 11), p. 1.

Mr. Jiles has indicated to counsel that he wished to be present at the pretrial conference pursuant to the aforementioned language of the Order on Arraignment.

WHEREFORE, premises considered, Mr. Jiles hereby requests this Honorable Court issue an Order to the United States Marshal to produce the defendant for his pretrial conference.

Dated this 7th day of September, 2007.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, Esq., Assistant U. S. Attorney, PO Box 197, Montgomery, Alabama 36101-0197.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026