IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO |
| | ) | 2:07CR62-MEF |
| FREDERICAS JILES | ) | |

**ORDER**

The Motion to Produce Defendant at Pretrial Conference (Doc. 27 dated 9/7/2007) is hereby **GRANTED**. The United States Marshal shall produce the defendant for the pretrial conference in this matter which will be held on 9/21/2007, at 11:00 a.m. before the undersigned Magistrate Judge in Courtroom 4-A.

Done this 7th day of September, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE