IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No.: 2:07-cr-62-MEF |
| | ) | |
| **FREDERICAS JILES** | ) | |

### DEFENDANT'S MOTION IN LIMINE TO REDACT FROM THE INDICTMENT AND EXCLUDE ANY EVIDENCE OR TESTIMONY REGARDING PRIOR FELONY CONVICTIONS PURSUANT TO OLD CHIEF v. UNITED STATES

**COMES NOW** the defendant, Fredericas Jiles, by and through undersigned counsel, and hereby moves *in limine* for an Order directing the United States to refrain from placing any statement, argument, evidence or testimony before the jury concerning Mr. Jiles' prior criminal record with the exception of the stipulated fact that on October 6, 2000, he was convicted of a felony offense, in the Circuit Court of Motngomery County, Alabama.

In support of this motion, defendant relies upon the case of *Old Chief v. United States*, 519 U.S. 172 (1997).  There, the United States Supreme Court held that in a prosecution for possession of a weapon by a convicted felon, if the defendant admits his status as a convicted felon, the government should be barred, under Rule 403, Fed. R. Evid., from introducing evidence about the nature of the prior offense(s).  Therefore, once Mr. Jiles agrees to admit his status as a previously convicted felon, and stipulates to the same, the government should be barred from offering any evidence, testimony, or argument about the type of felony, or the sentence received for that offense.

The defendant will stipulate at trial to having been convicted of a felony offense in Montgomery County, Alabama, on October 6, 2003.  The Trial Court will be in a position

to inform the jury of the stipulation and the government will not need to prove that element of the offense. Accordingly, there will be no reason for the government or any of its witnesses to provide any records, documentation, testimony, or evidence in support of the element and the defendant's motion should be granted.

    Dated this 15th day of September, 2007.

                            Respectfully submitted,

                            s/Joseph P. Van Heest
                            **JOSEPH P. VAN HEEST**
                            LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
                            Post Office Box 4026
                            402 South Decatur Street
                            Montgomery, AL 36103-4026
                            Phone: (334) 263-3551
                            Fax: (334) 263-3227
                            jpvanheestcourts@bellsouth.net
                            AL Bar Code: VAN026

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Kent B. Brunson, Esq., Assistant U. S. Attorney, PO Box 197, Montgomery, Alabama 36101-0197.

Respectfully submitted,

s/Joseph P. Van Heest
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026