IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-062-MEF |
| | ) | |
| FREDERICAS JILES | ) | |

## **O R D E R**

It is hereby ORDERED that:

1. Due to an emergency in the assigned judge's family and in the interests of justice, the trial of this case set for October 2, 2007 is continued until further order of the Court.

2. A status conference is set for October 12, 2007 at 10:00 A.M. by conference call arranged by counsel for the government..

DONE this 25th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE