IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr62-MEF |
| | ) | |
| FREDERICAS JILES | ) | |

**UNITED STATES' RESPONSE TO MOTION IN LIMINE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in response to the Motion in Limine filed by the defendant herein, the following is submitted:

1. The defendant seeks to prevent the Government's expert witness, Bureau of Alcohol, Tobacco, Firearms and Explosives Special Agent Theron Jackson, from testifying as to the interstate nexus element of the charged offense. There are three elements of Title 18, United States Code, Section 922(g)(1). The first is that the defendant had been convicted of a crime punishable by imprisonment for a term exceeding one year. The second is that he thereafter possessed a firearm or ammunition as charged. The third is that the firearm had traveled in or affected interstate commerce.

2. The defendant alleges the expert testimony would violate the Sixth Amendment right to Confrontation and Rules 702 and 803 of the Federal Rules of Evidence.

3. The defendant recognizes U.S. v. Floyd, 281 F.3d, 1346, 1349 (11th Cir. 2002) in which the Eleventh Circuit has ruled on this particular question and allowed such expert testimony. He would have this case distinguished because in Floyd, the Eleventh Circuit's analysis was under hearsay rules rather than the Confrontation Clause analysis set forth in Crawford v. Washington, 541 U.S. 36 (2004).

4. The Eleventh Circuit has considered this issue more recently and in light of Crawford in the unpublished opinion U.S. v. Springer, (165 Fed.Appx. 709). Here, as in Springer, Special Agent Jackson will be testifying as to his own opinion based on his education, training, knowledge and personal experience in consultation with books and records and his personal observation of the firearm which is clearly stamped "MADE IN BRAZIL."

5. Rule 703, Federal Rules of Evidence, provides as follows:

> The facts or data in the particular case upon which an expert bases an opinion or inference may be those perceived by or made known to the expert at or before the hearing. If of a type reasonably relied upon by experts in the particular field in forming opinions or inferences upon the subject, the facts or data need not be admissible in evidence in order for the opinion or inference to be admitted. Facts or data that are otherwise inadmissible shall not be disclosed to the jury by the proponent of the opinion or inference unless the court determines that their probative value in assisting the jury to evaluate the expert's opinion substantially outweighs their prejudicial effect.

When an expert relies on otherwise inadmissible evidence, his opinion is still admissible so long as the inadmissible facts or data is "of a type reasonably relied upon by experts in the particular field in forming opinions or inferences on the subject." U.S. v. Springer, supra. Clearly, Special Agents from BATFE have been trained and their testimony on interstate nexus permitted as a matter of routine.

Wherefore, premises considered, the United States submits the Motion in Limine is due to be denied.

Respectfully submitted on this 26th day of September , 2007.

          LEURA G. CANARY
          UNITED STATES ATTORNEY


          /s/Kent B. Brunson
          KENT B. BRUNSON
          131 Clayton Street
          Montgomery, AL 36104
          Phone:  (334) 223-7280
          Fax:  (334) 223-7135
          E-mail:  kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr62-MEF |
| | ) | |
| FREDERICAS JILES | ) | |

**CERTIFICATE OF SERVICE**

 I hereby certify that on September 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joseph P. Van Heest, Esquire.

        Respectfully submitted,

        /s/Kent B. Brunson
        KENT B. BRUNSON
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: kent.brunson@usdoj.gov