IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cr-062-MEF |
| | ) | |
| FREDERICAS JILES | ) | |

## **O R D E R**

It is hereby ORDERED that this case is set on the criminal term commencing November 5, 2007. Unless otherwise ordered, jury selection will be before Judge W. Keith Watkins in the United States Courthouse, One Church Street, Courtroom **2E**, Montgomery, Alabama, and trial will be before Judge Mark E. Fuller in the United States Courthouse, One Church Street, Courtroom **2A**, Montgomery, Alabama.

It is further ORDERED that the status conference scheduled for October 12, 2007 is cancelled.

DONE this 27th day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE