IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 2:07-cr-62-MEF |
| ) | |
| FREDERICAS JILES, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the defendant's Motions in Limine (Docs. # 32, 37) filed on September 15, 2007, and September 24, 2007, it is hereby ORDERED that the plaintiff show cause in writing on or before October 26, 2007, as to why the motions should not be granted..

DONE this 23rd day of October, 2007.

                                        /s/ Mark E. Fuller
                              CHIEF UNITED STATES DISTRICT JUDGE