IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr62-MEF |
| | ) | |
| **FREDERICAS JILES** | ) | |

**UNITED STATES' RESPONSE TO MOTION IN LIMINE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in response to the Motion in Limine to redact pursuant to Old Chief v. United States, the following is submitted:

1. The United States does not object to redacting the prior criminal offense from the indictment provided Defendant Jiles stipulates to having a prior felony conviction.

2. An indictment (Attachment 1) in which the redaction has been made is attached with this response. A stipulation (Attachment 2) has also been attached.

Wherefore premises considered, the United States submits the Motion in Limine is due to be denied as moot.

Respectfully submitted on this 24th day of October , 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY


/s/Kent B. Brunson
KENT B. BRUNSON
131 Clayton Street
Montgomery, AL 36104
Phone: (334) 223-7280
Fax: (334) 223-7135
E-mail: kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr62-MEF |
| | ) | |
| **FREDERICAS JILES** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joseph P. Van Heest, Esquire.

        Respectfully submitted,

        /s/Kent B. Brunson
        KENT B. BRUNSON
        131 Clayton Street
        Montgomery, AL 36104
        Phone: (334) 223-7280
        Fax: (334) 223-7135
        E-mail: kent.brunson@usdoj.gov

<u>ATTACHMENT 1</u>

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
APR - 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) CR. NO. **2:07-CR-62-MEF** |
| FREDERICAS JILES | ) [18 USC 922(g)(1)] |
| | ) |
| | ) INDICTMENT |

The Grand Jury charges:

<u>COUNT 1</u>

On or about the 8th day of July 2006, in Montgomery, Alabama, within the Middle District of Alabama,

FREDERICAS JILES,

defendant herein, having been convicted on or about the 6th day of October, 2000, of a felony by the Circuit Court of Montgomery County, Alabama, thereafter possessed in and affecting commerce, a firearm, to wit: a Taurus, Model PT101 AF, .40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

<u>FORFEITURE ALLEGATION</u>

A. Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B. Upon conviction for the violation alleged in Count 1 of this indictment, the defendant,

FREDERICAS JILES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

One Taurus, Model PT101 AF, .40 caliber pistol.

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred, sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

Foreperson

LEURA G. CANARY
UNITED STATES ATTORNEY

John T. Harmon
Assistant United States Attorney

Kent B. Brunson
Assistant United States Attorney

**ATTACHMENT 2**

**STIPULATION**

The United States and the Defendant, Fredericas Jiles, stipulate and agree that Fredericas Jiles was convicted of a felony in the Circuit Court of Montgomery County, Alabama, on or about the 6th day of October, 2000. The felony for which he was convicted was a crime punishable by imprisonment for a term exceeding one year.

_____
Fredericas Jiles
Defendant


_____
Joseph P. Van Heest
Counsel for Defendant Jiles


_____
Kent B. Brunson
Assistant United States Attorney