IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr62-MEF |
| | ) | |
| FREDERICAS JILES | ) | |

**UNITED STATES' RESPONSE TO MOTION IN LIMINE**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and in response to the Motion in Limine regarding allegations of other criminal activity filed by the defendant herein, the following is submitted:

1. The United States does not intend to present evidence that the defendant threw a lamp or entered a plea to that misdemeanor charge in its case in chief.

2. The United States does not intend to present evidence that two small bags of what appeared to be crack cocaine were located along a path where police had followed the defendant in its case in chief nor will it use the defendant's conviction and sentence on this charge in its case in chief.

3. The United States will instruct witness Jonathan Hampton to not testify on direct examination about any events relating to an alleged attempted murder or murder committed by Defendant Jiles.

4. The United States does intend to ask Jonathan Hampton if he had seen Defendant Jiles with any firearm prior to the date alleged in the indictment. The question as to prior possession of any firearm is permitted by Federal Rules of Criminal Procedure § 404(b) to show opportunity, intent, preparation, plan, knowledge, identity and absence of mistake.

Respectfully submitted on this 26th day of October , 2007.

           LEURA G. CANARY
           UNITED STATES ATTORNEY


           /s/Kent B. Brunson
           KENT B. BRUNSON
           131 Clayton Street
           Montgomery, AL 36104
           Phone:  (334) 223-7280
           Fax:  (334) 223-7135
           E-mail:  kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CR. NO. 2:07cr62-MEF |
| | ) | |
| **FREDERICAS JILES** | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Joseph P. Van Heest, Esquire.

                Respectfully submitted,

                /s/Kent B. Brunson
                KENT B. BRUNSON
                131 Clayton Street
                Montgomery, AL 36104
                Phone: (334) 223-7280
                Fax: (334) 223-7135
                E-mail: kent.brunson@usdoj.gov