# **MINUTES**

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| HON. JUDGE KEITH WATKINS | AT MONTGOMERY, ALABAMA |
| DATE COMMENCED  NOVEMBER 5, 2007 | AT 11:15  A.M./P.M. |
| DATE COMPLETED  NOVEMBER 5, 2007 | AT  2:35  A.M./P.M. |

UNITED STATES OF AMERICA

CR NO.  2:07cr62-MEF

VS.

FREDERICAS JILES

| PLAINTIFF(S)/GOVERNMENT | APPEARANCES | DEFENDANT(S) |
|---|---|---|
| AUSA Kent Brunson | X X X X X X | Atty. Joseph Van Heest |

**COURT OFFICIALS PRESENT:**

| | | |
|---|---|---|
| Ann Roy | Jawad Muaddi | Risa Entrekin |
| Court Reporter | Law Clerk | Court Reporter |

**JURORS**

1. Tiffany Aaron
2. Virginia Daniel
3. Amedah Davis
4. Patsy Gray
5. Elizabeth Johnson
6. Philip Jones
7. Linda McDonald
8. William Pearson
9. Donald Sorjonen
10. George Williams
11. Melissa Williford
12. Adell Wilson
13. Richard Wilson
14. David Wiseman

**PROCEEDINGS:**

**JURY SELECTION**

| | |
|---|---|
| 11:15 AM | Court convened.  Multiple voir dire begun (Cr Nos. 2:06cr271-001-WKW - USA v Grice, 2:07cr25-WKW - USA v Ferguson, and **2:07cr62- MEF**). |
| 12:15 PM | Lunch |
| 1:40  PM | Jury Selection commenced. |
| 2:16  PM | Jury selected and sworn. |
| 2:35  PM | Jury dismissed and advised to report 11/7/07 at 9:00 a.m. |