FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

NOV - 6 2007

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) |
|---|---|
| v. | ) Case No.: 2:07-cr-62-MEF |
| FREDERICAS JILES | ) |

## DEFENDANT'S REQUESTED THEORY OF DEFENSE JURY INSTRUCTION

**NOW COMES** the Defendant, Fredericas Jiles, by and through undersigned counsel, Joseph P. Van Heest, and requests that the Court give the attached Theory of Defense Jury Instruction to the jury in the above-styled case. Defendant maintains that it should be inserted immediately following the pattern offense instruction.

Respectfully submitted,

_____
**JOSEPH P. VAN HEEST**
LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
Post Office Box 4026
402 South Decatur Street
Montgomery, AL 36103-4026
Phone: (334) 263-3551
Fax: (334) 263-3227
jpvanheestcourts@bellsouth.net
AL Bar Code: VAN026

FILED
NOV - 6 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No.: 2:07-cr-62-MEF |
| | ) |
| FREDERICAS JILES | ) |

**DEFENDANT'S REQUESTED JURY INSTRUCTION NO. 13**
**THEORY OF DEFENSE INSTRUCTION**

The government has not offered proof that any firearm other than the Taurus firearm named in the indictment and offered into evidence (or a Taurus firearm of similar make and model) moved in interstate commerce.

Therefore, to find the defendant guilty in the instant offense, you must be satisfied that the evidence establishes beyond a reasonable doubt that:

1. The defendant possessed a firearm; and

2. If you find that he did in fact possess a firearm that the firearm he possessed was the same one named in the indictment and placed into evidence, or at a minimum, a like model firearm manufactured by Taurus; and

3. That the firearm recovered in fact moved in interstate commerce.

If you are not convinced of proof beyond a reasonable doubt on all three of these elements you should return a verdict of not guilty.

Authority:   *United States v. Jones*, 16 F.3d 487, 491-92 (2d Cir. 1994) ("... the only evidence regarding interstate commerce was Agent Moore's testimony that handguns are not presently manufactured in New York state. *** Because the only evidence that the gun traveled in interstate commerce is the arbitrary inference that any gun found in New York must have been made outside New York, we are forced to vacate the conviction on the § 922(g)(1) count and instruct the district court to dismiss that count of the indictment.")

## CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2007, I filed the foregoing with the Courtroom Deputy in open court and hand delivered a copy to the following:

Kent B. Brunson, Assistant United States Attorney.

                        Respectfully submitted,

                        _____
                        **JOSEPH P. VAN HEEST**
                        LAW OFFICE OF JOSEPH P. VAN HEEST, LLC
                        Post Office Box 4026
                        402 South Decatur Street
                        Montgomery, AL 36103-4026
                        Phone: (334) 263-3551
                        Fax: (334) 263-3227
                        jpvanheestcourts@bellsouth.net
                        AL Bar Code: VAN026