FILED
APR - 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:07-CR-62-MEF |
| ) | [18 USC 922(g)(1)] |
| FREDERICAS JILES ) | |
| ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about the 8th day of July 2006, in Montgomery, Alabama, within the Middle District of Alabama,

FREDERICAS JILES,

defendant herein, having been convicted on or about the 6th day of October, 2000, of a felony by the Circuit Court of Montgomery County, Alabama, thereafter possessed in and affecting commerce, a firearm, to wit: a Taurus, Model PT101 AF, .40 caliber pistol, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.  Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.  Upon conviction for the violation alleged in Count 1 of this indictment, the defendant,

FREDERICAS JILES,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

One Taurus, Model PT101 AF, .40 caliber pistol.

C.  If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1)  cannot be located upon the exercise of due diligence;

(2)  has been transferred, sold to, or deposited with a third person;

(3)  has been placed beyond the jurisdiction of the court;

(4)  has been substantially diminished in value; or,

(5)  has been commingled with other property which cannot be divided without difficulty, the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an Order of this Court forfeiting any other property of said defendant up to the value of the property described in the above paragraphs.

All in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

*Barbara J. Alexander*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*John T. Harmon*
John T. Harmon
Assistant United States Attorney

*Kent Brunson*
Kent B. Brunson
Assistant United States Attorney

2