IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CASE NO. 2:07-cr-62-MEF |
| ) | |
| FREDERICAS JILES, ) | |
| ) | |
| Defendant. ) | |

## VERDICT IN FAVOR OF THE DEFENDANT

We the jury find the Defendant, Fredericas Jiles, NOT GUILTY of the charge as set forth in the Indictment.

SO SAY WE ALL.

DONE this __07__ day of November, 2007.

_____
Foreperson