✎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

      Middle       DISTRICT OF       Alabama

UNITED STATES OF AMERICA

V.

FREDERICAS JILES

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:  2:07CR62-MEF

      The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_[signature]_
Signature of Judge

Mark E. Fuller
Chief U.S. District Judge
Name and Title of Judge

21 November 2007
Date